United States District Court
Southern District of Texas
**ENTERED**
April 29, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | |
|---|---|
| JORGE CIGARROA, § § Plaintiff, § § V. § § CITY OF LAREDO, SERGIO FLORES, § AND LUIS FERDIN, § § Defendants. § | CIVIL ACTION NO. 5:23-CV-73 |

## FINAL JUDGMENT

Defendants City of Laredo, Sergio Flores, and Luis Ferdin filed a Motion to Dismiss Plaintiff's Original Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (Dkt. No. 9).

For the reasons set forth in the Memorandum and Order, (Dkt. No. 24), Defendants' Motion to Dismiss is **GRANTED**. Plaintiff subsequently filed an Opposed Motion to Reconsider, (Dkt. No. 27), which the Court denied, (Dkt. No. 30).

Because the Memorandum and Order disposes of all claims asserted by Plaintiff against Defendants, this case is **DISMISSED WITH PREJUDICE**.

The Clerk of the Clerk is **DIRECTED** to **TERMINATE** this case.

This is a **FINAL JUDGMENT**.

It is so **ORDERED**.

**SIGNED** on April 29, 2024.

_____
John A. Kazen
United States District Judge